# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

No. 22-CR-103252-FDS

**UNITED STATES OF AMERICA,**

vs.

**GINO CASTILLO**

## MOTION FOR A COURT ORDER FOR EMPLOYMENT RECORDS PURSUANT TO RULE 17

Now comes the Defendant Gino Castillo in the above-numbered indictment and moves this Honorable Court for an Order directing Door Dash to produce the Defendant's work records as summonsed by the Defendant in his subpoena. See Ex. A, "Defendant's Subpoena". As reason therefore, the Defendant asserts that he caused a trial subpoena to be delivered to Door Dash by a neutral party pursuant to Fed.R.Crim.P. 17 for the Defendant's employment records, and Door Dash responded by email that it will not supply the requested records without a Court Order. See Ex. B, "Door Dash Response."

As further reason, the Defendant asserts that the records of his employment at the time of the events at issue are relevant and material to his defense, and expected to be exculpatory. As such, he asserts a right to such records concomitant with his rights to due process, to present a defense, and to effective assistance of counsel as embedded in the Fifth and Sixth Amendments of the United States Constitution. See Ex. C "Proposed Order".

Respectfully Submitted,

GINO CASTILLO

By his attorney,
/s/ Victoria Kelleher
Victoria Kelleher
Kelleher & Maceo, P.C.
BBO #637908
53 State Street
Suite 500
Boston MA 02109
978-744-4126

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served on all counsel of record this day, March 24, 2025, and with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.

/s/ Victoria Kelleher

Victoria Kelleher